1  Lawrence P. Ebiner (CA State Bar No. 122293)
   E-mail: larry.ebiner@bryancave.com
2  Jonathan G. Fetterly (CA State Bar No. 228612)
3  E-mail: jon.fetterly@bryancave.com
4  Louise Nutt (CA State Bar No. 273130)
   Louise.nutt@bryancave.com
5  BRYAN CAVE LLP
6  120 Broadway, Suite 300
   Santa Monica, CA 90401
7  Telephone: (310) 576-2100
8  Facsimile: (310) 576-2200

9  Attorneys for Defendant
10 U.S. BANK N.A.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOVE SYSTEMS INC., a California corporation, and, KING EDWARD FIRST, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., a national banking association; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-06186-DMG-PLA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [37]**<br><br>Action Removed: July 18, 2012<br>Trial Date: January 7, 2014 |

**ORDER DISMISSING ACTION WITH PREJUDICE**

1  Pursuant to the Stipulation for Dismissal With Prejudice, entered into between
2  Plaintiff Plaintiff Love Systems, Inc. and Defendant U.S. Bank National Association,
3  the Court hereby dismisses the action in its entirety, with prejudice, with each Party to
4  fully bear its own costs, expenses, and attorney's fees.
5  IT IS SO ORDERED.

7  DATED:   September 5, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING ACTION WITH PREJUDICE**